# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150719(57)

DUSTIN ROCK,
        Plaintiff-Appellee,

v

DR. K. THOMAS CROCKER and DR.
K. THOMAS CROCKER, D.O., P.C.,
        Defendants-Appellants.

SC: 150719
COA: 312885
Kent CC: 10-006307-NM

_____/

      On order of the Chief Justice, the second motion of plaintiff-appellee to extend the time for filing his brief on appeal is GRANTED. The brief submitted on September 15, 2015, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2015



Clerk